DAVID LEWIS, Appellant, v. SUN SHIPBUILDING AND DRY DOCK COMPANY, Respondent.— Order granting defendant's motion to vacate service of summons affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

ALMIRA MACKENNAN, Appellant, v. THE POUGHKEEPSIE UP-TO-DATE COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MICHAEL PALMAIRIE, Respondent, v. MANHATTAN EYE, EAR and THROAT HOSPITAL, Appellant. — Judgment and order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ABRAHAM S. PINKUS, Appellant, v. BERTHA PINKUS, Respondent.— Final decree unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

LOUIS SAVARESE and SPERANZA SAVARESE, Respondents, v. CROWN CEMENT BLOCK COMPANY, INC., Defendant. EDWARD F. JAMES, Appellant.— Order appealed from, modifying judgment of foreclosure in certain respects, and also modifying order directing plaintiffs to complete their purchase, modified by striking therefrom the provision that plaintiffs shall not be required to pay advertising bills, and also by striking therefrom the provision directing appellant to pay such bills, amounting to $271.70, and so as to provide that plaintiffs shall be required to pay such bills. As so modified the order is affirmed, without costs. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

GEORGE R. SMITH, Respondent, v. MANG-HOUST REALTY CORPORATION and ISIDOR ETRA, Appellants.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

SARAH SPLAIN, Appellant, v. LUCY ATKINS and BENJAMIN F. ATKINS, Respondents. WILLIAM ATKINS and Others, Defendants.— Judgment unanimously affirmed, with costs. By the deeds in which Carolyn A. Hall joined, she conveyed to Lucy Atkins her right to share in the rents and profits, and also her interest in the property if she survived her husband. Upon the death of her husband, Charles A. Hall, before her, the title vested in Lucy Atkins. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

UNIVERSITY PLUMBING AND HEATING CO., INC., Respondent, v. GENEVIEVE McMAHON and JOHN McMAHON, Appellants, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THOMAS WATTS, as Trustee, etc., Respondent, v. ELIZABETH LOOMIS STRATTON COX, Individually and as Executrix, etc., and Others, Defendants. CHARLES SUNDSTROM and OGERITA MERRILL GIRAULT, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

BENJAMIN WEISS, Respondent, v. THE MONTRAY CORPORATION and EARL R. DUMONT, Appellants. (Action No. 1.) — Motion for stay of trial denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.